**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GREG L. JOHNSON, SB# 132397
  E-Mail: Greg.Johnson@lewisbrisbois.com
TIMOTHY J. NALLY, SB# 288728
  E-Mail: Timothy.Nally@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant GARDNER TRUCKING, INC. a California Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DOCTORS HOSPITAL OF MANTECA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GARDNER TRUCKING, INC., a California Corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-02623-JAM-CKD<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTION TO REMAND**<br><br>CURRENT DATE:  March 7, 2017<br>TIME:                         1:30 p.m.<br>COURTROOM:         6 – Judge Mendez<br><br>PROPOSED DATE:  April 18, 2017<br>TIME:                          1:30 p.m.<br>COURTROOM:          6 – Judge Mendez<br><br>Trial Date:           None Set |

## RECITALS

1. WHEREAS Plaintiff DOCTORS HOSPITAL OF MANTECA, INC. ("Plaintiff") initially filed suit against Defendants GARDNER TRUCKING, INC. ("Gardner Trucking") in San Joaquin County Superior Court;

2. WHEREAS, Gardner Trucking filed a petition for removal on November 3, 2016 leading to pendency of the Present Action;

3. WHEREAS, there is pending in the Fresno Division of this Court the matter of Doctors Medical Center of Modesto v. Gardner Trucking, Inc., Case No. 1:16-cv-01674-DAD-SAB ("the Fresno Action"), which involves different patients, but similar allegations to the above-

4815-5261-7795.1

AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON MOTION TO REMAND

1  captioned litigation;

2      5.    WHEREAS, in the Fresno Action, Gardner Trucking filed a petition for removal,
3  and, on January 10, 2017, the plaintiff moved to remand that action to state court;

4      6.    WHEREAS, on February 7, 2016, the court in the Fresno Action (U.S. District
5  Court Judge Dale A. Drozd) conducted a hearing on the motion to remand filed in that action;

6      7.    WHEREAS, the court in the Fresno action has not yet issued a ruling on the motion
7  to remand filed in that action;

8      8.    WHEREAS, on February 7, 2016, Plaintiff filed a motion to remand in this action,
9  with the hearing scheduled to take place on March 7, 2017;

10     9.    WHEREAS, the parties have agreed to continue the hearing on Plaintiff's motion to
11 remand in this action so as to obtain from the court in the Fresno action a ruling on the motion to
12 remand filed in that action;

13     10.    WHEREAS, the parties have agreed that, if the court in the Fresno Action remands
14 the Fresno Action to state court, Gardner Trucking will file a notice of non-opposition to
15 Plaintiff's motion in the Present Action, in return for which Plaintiff will waive its request for an
16 award of attorney's fees and costs for the motion to remand in the Present Action;

17     11.    WHEREAS the parties' stipulation furthers the Court's and the Parties' interests in
18 efficiency and consistent rulings, and potentially saves this Court time in researching and writing a
19 decision on the motion to remand in the Present Action;

20     12.    WHEREAS additional time is necessary to obtain the court's ruling in the Fresno
21 Action.

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /

28 **STIPULATION**

LEWIS BRISBOIS

THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate and agree that the hearing on Plaintiff's motion to remand be continued until April 18, 2017, and that any opposition and reply papers be filed pursuant to E.D. Cal. L.R. 230 in accordance with such hearing date.

DATED: February 22, 2016          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     */s/ Greg L. Johnson*
        Greg L. Johnson
        Timothy J. Nally
        Attorneys for Defendant GARDNER
        TRUCKING, INC. a California Corporation

DATED: February 22, 2016          HELTON LAW GROUP, APC

By:     */s/ Kim Worobec*
        Kim Worobec
        Attorneys for Plainttiff DOCTORS HOSPITAL
        OF MANTECA, INC.

**ORDER**

After full consideration of the stipulation filed and good cause appearing therefore, it is hereby ORDERED THAT Plaintiff's Motion to Remand is continued to April 18, 2017 at 1:30 p.m.

IT IS SO ORDERED.

DATED:  2/22/2017                                        /s/ John A. Mendez_____

                                                                    HON. JOHN A. MENDEZ